FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

JUN 0 5 2002

By _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-43 |
| Plaintiff, ) | |
| vs. ) | COUNT 1: 18 U.S.C. § 844(i) |
| ) | COUNT 2: 18 U.S.C. § 924(c)(1)(A) & (B)(ii) |
| LUCAS JOHN HELDER, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, maliciously damaged and destroyed, by means of an explosive, real and personal property, a rural mailbox for 1300 201st Street, Tipton, Iowa, which mailbox was used in interstate commerce and in an activity affecting interstate commerce. As a direct and proximate result of the foregoing conduct, personal injury resulted to Mrs. Deloris Werling.

This was in violation of Title 18, United States Code, Section 844(i).

## COUNT 2

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly:

(1) used and carried a firearm (a destructive device commonly called a pipe bomb) during and in relation to; and

(2) possessed a firearm (a destructive device commonly called a pipe bomb) in furtherance of

a crime of violence for which he may be prosecuted in a court of the United States, including the crime alleged in Count 1 of this indictment and the crime of wilfully and maliciously destroying a box used for the receipt and delivery of mail on a mail route, in violation of Title 18, United States Code, Section 1705.

This was in violation of Title 18, United States Code, Sections 924(c)(1)(A) & (B)(ii).

A TRUE BILL

_____
Foreman

6-5-02
Date

CHARLES W. LARSON, SR.
United States Attorney

by:
_____
SEAN R. BERRY
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
IN THE PRESENCE OF THE
GRAND JURY

And filed 6-5-02
JAMES D. HODGES, JR., CLERK

2