RECEIVED MAY 2 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
_____Cedar Rapids_____ DIVISION

FILED
DISTRICT COURT
NORTHERN DISTRICT OF IOWA
2003 MAY -7 AM 11: 16
SIOUX CITY DIV. OFFICE

Case Number: CR02-43-MWB          Date: 5/7/03
Case Title: United States          vs. Lucas Helder / JKos          BY:
JUDGE: Honorable Mark W. Bennett
TIME IN COURT: Start 10:29 (a.m./p.m.)     Adjourn 10:32 (a.m./p.m.)
          Time in chambers _____
          Recesses _____
APPEARANCES: Plaintiff Rich Murphy, Sean Berry
          Defendant Jane Kelly
Court Reporter Shelly Semmler          Contract Reporter? Y/N (If yes, provide copy to financial)
Interpreter N/A          (Provide copy to financial & Chief Deputy)   Phone? Y/N
          Interpreter Language _____ Certified? Y/N
TYPE OF PROCEEDING:
  A. HEARING:
    1. MOTION (Nature): _____
    2. ARRAIGNMENT: _____ INITIAL APPEARANCE: _____
        (a) Defendant plead guilty/not guilty to counts _____
        (b) Counsel retained/appointed: FPD/Other _____
    3. PLEA: Defendant plead to counts _____
        Defendant detained/released pending sentencing.
    4. SENTENCING: Objections to PSIR _____
        Adjusted Offense Level: _____     Criminal History: _____
        Sentence: (See J & C Order)
        Counts dismissed: _____
        Defendant detained/released and shall report _____
    5. OTHER HEARING: _____Status Conference_____
  B. TRIAL: Jury _____ Non Jury _____ Contested Sentencing _____ Prelim.Inj./TRO _____
WITNESS CALLED/EXHIBITS INTRODUCED (See attached sheet): _____
MOTIONS RULED ON BY THE COURT: _____
  A. Docket #s _____
      (1)Ruling _____
      _____
      (2)Order to follow: Yes___ No X
  B. Docket #s _____
      (1)Ruling _____
      _____
      (2)Order to follow: Yes___ No___
DEADLINES: 1. TRIAL _____ 2. PRETRIAL MOTIONS _____
3. SENTENCING _____ 4. PRETRIAL CONF. _____
5. DETENTION HEARING _____ 6. PRELIMINARY HEARING _____
7. OTHER _____
MISC: _____

Copies mailed to: ✓14

_____Jennifer Gill_____
DEPUTY CLERK