FILED
U.S. District Court
Northern District of Iowa
September 23, 2003
By: pm

Copies mailed/faxed to counsel of record, pro se
parties
and others listed here:
USP. USM. AUSA. Dft Attv

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUCAS JOHN HELDER,

Defendant.

No. CR02-43-MWB

**ORDER REGARDING FURTHER PROCEEDINGS PURSUANT TO 18 U.S.C. § 4241**

_____

This is before the court pursuant to a telephonic status conference held on September 23, 2003, pursuant to 18 U.S.C. §§ 4241(c) and 4247(d). The court and the parties are in receipt of a Forensic Evaluation, dated August 22, 2003, done by the Federal Medical Center, Rochester, Minnesota concerning the defendant's competency to stand trial. Based on the conclusions in that report, and pursuant to 18 U.S.C. § 4241(d)(1), the defendant's status as "committed to the custody of the Attorney General" is continued for further hospitalization and treatment for a reasonable period of time not to exceed *six months*. The Federal Medical Center in Rochester, Minnesota or a facility where the defendant is hospitalized and treated, shall submit a supplemental Forensic Evaluation within four months of the date of this order.

A telephonic status conference will be held on **Tuesday, February 10, 2004, at 3:00 p.m. The court will initiate the call.**

All of the time frames referred to in this order are excludable under the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) as delay resulting from proceedings related to mental competency examinations and treatment.

**IT IS SO ORDERED.**

**DATED** this 23rd day of September, 2002.

_Mark W. Bennett_

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA