# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LUCAS JOHN HELDER,

      Defendant.

No. CR02-43-MWB

**ORDER REGARDING FURTHER PROCEEDINGS PURSUANT TO 18 U.S.C. § 4241**

_____

      Pursuant to the telephonic hearing held earlier today, this case is continued for six weeks. An in-person status conference is therefore set for **Friday, April 2, 2004, at 1:30 p.m., in Cedar Rapids.** It is anticipated that at the status conference in April the government will decide whether or not to seek a competency hearing pursuant to § 4241 or whether to proceed under 18 U.S.C. § 4246. All of the time frames referred to in this order are excludable under the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(A) as delay resulting from proceedings related to mental competency examinations and treatment.

      **IT IS SO ORDERED.**

      **DATED** this 13th day of February, 2004.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN  DISTRICT  OF  IOWA