**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUCAS JOHN HELDER,

        Defendant.

No. CR02-43-MWB

**ORDER REGARDING FURTHER
PROCEEDINGS PURSUANT TO 18
U.S.C. § 4241**

_____

The in-person status conference scheduled for Friday, April 2, 2004, at 1:30 p.m.,

will now be held on **Thursday, April 1, 2004, at 3:00 p.m., in Cedar Rapids.**

    **IT IS SO ORDERED.**

    **DATED** this 22nd day of March, 2004.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA