IN THE IOWA DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
_____ C.R. _____ DIVISION

FILED
APR 0 1 2004

Case Number: _CR 02-43_          Date: _April 1, 2004_

Case Title: _USA_ vs. _Lucas Helder_
JUDGE: Honorable _Mark W. Bennett_
TIME IN COURT: Start _3:16_ a.m./(p.m.) Adjourn: _3:25_ a.m./(p.m.)
Time in chambers _____
Recesses _____
APPEARANCES: Plaintiff _AUSA Sean Berry_
Defendant _w/ Dave Kelly_
Court Reporter _Cheyenne Lambert_ Contract Reporter (Y)/N *(If yes, provide copy to financial)*
Interpreter _____ *(Provide copy to financial)* Phone? Y/N Certified? Y/N

**TYPE OF PROCEEDING:** Interpreter Language: _____

**A.    HEARING:**
1.    MOTION (Nature): _____
2.    ARRAIGNMENT: _____ INITIAL APPEARANCE: _____
      (a) Defendant plead guilty/not guilty to counts _____
      (b) Counsel retained/appointed: FPD/Other _____
3.    PLEA: Defendant plead to counts _____
      Defendant detained/released pending sentencing.
4.    SENTENCING: Objections to PSIR _____
      Total Offense Level: _____ Criminal History: _____
      Sentence: *(See J&C Order)*
      Counts dismissed: _____
      Defendant detained/released and shall report _____
⑤    OTHER HEARING: _Status Conference - Competency Hearing_
**B.    TRIAL:** Jury _____ Non-Jury _____ Contested Sentencing _____ Prelim Inj/TRO _____
WITNESS CALLED/EXHIBITS INTRODUCED *(See attached sheet):* _____
MOTIONS RULED ON BY THE COURT: _____
a.    Docket Nos. _____
      (1) Ruling _Ct. finds Mr. Helder is not competent to stand_
      _trial at this time._

      (2) Order to follow: Yes _____ No _____
b.    Docket Nos. _____
      (1) Ruling _mot. to have D returned to FMC at Rochester, MN._
      _to determine Mr. Helders mental condition._
      _Another hrg to be set after results of psych. exam_
      (2) Order to follow: Yes _X_ No _____

DEADLINES: 1. TRIAL _____          2. PRETRIAL MOTIONS _____

3. SENTENCING _____          4. PRETRIAL CONF. _____

5. DETENTION HEARING _____          6. PRELIMINARY HEARING _____

7. OTHER _____

MISC _____

Copies to:          _Dianne Eveland_
                                                            Deputy Clerk

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

USA v. Lucas Heller

**EXHIBIT AND WITNESS LIST**

Case Number: CR02-43

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE** Mark W. Bennett | | | **PLAINTIFF'S ATTORNEY** Sean Berg | | **DEFENDANT'S ATTORNEY** Jane Kelly |
| **TRIAL DATE (S)** 4-1-04 | | | **COURT REPORTER** Cheyenne Lambert | | **COURTROOM DEPUTY** D Oxelan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-1-04 | ✓ | ✓ | } Joint Exhibits 4-18 Coov letter from warden w/evaluation |
| 2 | | '' | ✓ | ✓ | 9-8-03 corresp. w/evaluation |
| 3 | | '' | ✓ | | 1-20-04 cover letter from warden w/evaluation |
| | | | | | All EXHIBITS SEALED |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages