**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LUCAS JOHN HELDER,<br><br>      Defendant. | No. CR02-43-MWB<br><br>**ORDER TO US. MARSHAL SERVICE TO TRANSPORT DEFENDANT** |

_____

For the reasons stated during the hearing held on April 1, 2004, the U.S. Marshal Service is directed to transport defendant Helder to the Federal Medical Center, Rochester, Minnesota.

**IT IS SO ORDERED.**

**DATED** this 2nd day of April, 2004.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA