FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA
APR 08 2004
By:_____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUCAS JOHN HELDER,<br><br>Defendant. | No. CR02-43-MWB<br><br>**ORDER TO US. MARSHAL<br>SERVICE TO TRANSPORT<br>DEFENDANT** |

For the reasons stated during the hearing held on April 1, 2004, the U.S. Marshal Service is directed to transport defendant Helder to the Federal Medical Center, Rochester, Minnesota.

**IT IS SO ORDERED.**

**DATED** this 2nd day of April, 2004.

*Mark W. Bennett*

MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT,
NORTHERN DISTRICT OF IOWA

WITNESS my hand and seal of said Court
this _____ day of _____. 20.____
James D. Hodges Jr., Clerk
By: _____
          Deputy

I hereby certify and return that
I have executed this writ in whole
or part by conveying the within
stated inmate:

from ___LCCC___

on ___4/7/04___

___FMC Rochester___

___4/7/04___

___Roger Arechiga___
United States Marshal

___N___ District of ___IA___

by _____
Title ___DUSM___

I hereby certify and return that
I have executed this writ in whole
or part by conveying the within
stated inmate:

from _____

on _____

to _____

on _____

I hereby certify and return that
I have executed this writ in whole
or part by conveying the within
stated inmate:

_____

_____

on _____

_____
United States Marshal

_____ District of _____

by _____
Title