IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 02–43 MWB |
| vs. | ) | |
| LUCAS JOHN HELDER, | ) | |
| Defendant. | ) | |

**MOTION FOR PSYCHOLOGICAL OR PSYCHIATRIC
EXAMINATION AND FOR SUBSEQUENT HEARING TO DETERMINE
THE MENTAL COMPETENCY OF THE DEFENDANT**

Plaintiff, United States of America, respectfully requests the court, pursuant to Title18, United States Code, §§ 4241 & 4247, order defendant be committed to the custody of the Attorney General for the purpose of conducting such psychological or psychiatric examinations as may be necessary to evaluate the mental competency of defendant to stand trial or assist in his defense.

Further, it is requested that following the examination of the defendant and the completion of a report of the examination, the report be filed with the with the court pursuant to the provisions of Title 18, United States Code, § 4247, and, if necessary, a hearing be scheduled at which the court will receive evidence for the purpose of determining whether defendant is mentally competent to the extent that he is able to understand the nature and consequences of the proceedings against him or to assist

1

properly in his defense.

A separate memorandum is submitted in support of this motion.

Respectfully submitted,

CHARLES W. LARSON, SR.
United States Attorney

By, /s/ Richard L. Murphy

RICHARD L. MURPHY
Assistant United States Attorney
319-363-0091/319-363-1990 (Fax)
Rich.murphy@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on December 26, 2006.

UNITED STATES ATTORNEY

BY: s/ M. Kloubec

COPIES TO: Jane Kelly

2