RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2007 APR 11 PM 3:53

CEDAR RAPIDS HDQTRS. OFFICE

BY_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02 - 0043 |
| Plaintiff, | |
| vs. | **COUNT 1**: 18 U.S.C. § 844(i) |
| | **COUNT 2**: 18 U.S.C. § 924(c)(1)(A), (B)(ii), & (C)(ii) |
| LUCAS JOHN HELDER, | **COUNT 3**: 18 U.S.C. § 844(i) |
| | **COUNT 4**: 18 U.S.C. § 924(c)(1)(A), (B)(ii), & (C)(ii) |
| Defendant. | **COUNT 5**: 18 U.S.C. § 844(i) |
| | **COUNT 6**: 18 U.S.C. § 924(c)(1)(A), (B)(ii), & (C)(ii) |
| | **COUNT 7**: 18 U.S.C. § 844(i) |
| | **COUNT 8**: 18 U.S.C. § 924(c)(1)(A), (B)(ii), & (C)(ii) |
| | **COUNT 9**: 26 U.S.C. § 5861(d) |
| | **COUNT 10**: 26 U.S.C. § 5861(j) |

## SUPERCEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, maliciously damaged and destroyed, by means of an explosive, real and personal property, that is, a rural mailbox for 1300 201st Street, Tipton, Iowa, which mailbox was used in interstate commerce and in an activity affecting interstate commerce. As a direct and proximate result of the foregoing conduct, personal injury resulted to Mrs. D. W..

This was in violation of Title 18, United States Code, Section 844(i).

1

## COUNT 2

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly:

(1) used and carried a firearm (a destructive device commonly called a pipe bomb) during and in relation to; and

(2) possessed a firearm (a destructive device commonly called a pipe bomb) in furtherance of

a crime of violence for which he may be prosecuted in a court of the United States, including the crime alleged in Count 1 of this indictment, in violation of Title 18, United States Code, Section 844(i), and the crime of wilfully and maliciously destroying a box used for the receipt and delivery of mail on a mail route, in violation of Title18, United States Code, Section 1705.

This was in violation of Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii), & (C)(ii).

## COUNT 3

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, maliciously attempted to damage and destroy, by means of an explosive, real and personal property, that is, a rural mailbox for 27503 Tauke Lane, Farley, Iowa, which mailbox was used in interstate commerce and in an activity affecting interstate commerce.

This was in violation of Title 18, United States Code, Section 844(i).

## COUNT 4

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly:

   (1)   used and carried a firearm (a destructive device commonly called a pipe bomb) during and in relation to; and

   (2)   possessed a firearm (a destructive device commonly called a pipe bomb) in furtherance of

a crime of violence for which he may be prosecuted in a court of the United States, including the crime alleged in Count 3 of this indictment, in violation of Title 18, United States Code, Section 844(i).

This was in violation of Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii), & (C)(ii).

## COUNT 5

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, maliciously damaged and destroyed, by means of an explosive, real and personal property, that is, a rural mailbox for 10024 Linn-Jones Road, Anamosa, Iowa, which mailbox was used in interstate commerce and in an activity affecting interstate commerce. As a direct and proximate result of the foregoing conduct, personal injury resulted to Mrs. D. Z..

This was in violation of Title 18, United States Code, Section 844(i).

3

## COUNT 6

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly:

(1) used and carried a firearm (a destructive device commonly called a pipe bomb) during and in relation to; and

(2) possessed a firearm (a destructive device commonly called a pipe bomb) in furtherance of

a crime of violence for which he may be prosecuted in a court of the United States, including the crime alleged in Count 5 of this indictment, in violation of Title 18, United States Code, Section 844(i), and the crime of wilfully and maliciously destroying a box used for the receipt and delivery of mail on a mail route, in violation of Title18, United States Code, Section 1705.

This was in violation of Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii), & (C)(ii).

## COUNT 7

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, maliciously damaged and destroyed, by means of an explosive, real and personal property, that is, a rural mailbox for 11652 Ledgewood Drive, Dubuque, Iowa, which mailbox was used in interstate commerce and in an activity affecting interstate commerce. As a direct and proximate result of the foregoing conduct, personal injury resulted to Mr. K. D..

This was in violation of Title 18, United States Code, Section 844(i).

4

## COUNT 8

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly:

- (1) used and carried a firearm (a destructive device commonly called a pipe bomb) during and in relation to; and

- (2) possessed a firearm (a destructive device commonly called a pipe bomb) in furtherance of

a crime of violence for which he may be prosecuted in a court of the United States, including the crime alleged in Count 7 of this indictment, in violation of Title 18, United States Code, Section 844(i), and the crime of wilfully and maliciously destroying a box used for the receipt and delivery of mail on a mail route, in violation of Title 18, United States Code, Section 1705.

This was in violation of Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii), & (C)(ii).

## COUNT 9

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly possessed one or more firearm(s), commonly described as a pipe bomb, which device(s) were each constructed of materials including: smokeless powder, metal pipe, wire, a 9 volt battery, a miniature decorative light, a paperclip, electrical tape, string, shot, and a spring. Said device(s) were not registered to defendant, **LUCAS JOHN HELDER**, in the National Firearms Registration and Transfer Record.

This in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

5

## COUNT 10

On or about May 3, 2002, in the Northern District of Iowa, the defendant, **LUCAS JOHN HELDER**, knowingly transported in interstate commerce one or more firearm(s), commonly described as a pipe bomb, which device(s) were each constructed of materials including: smokeless powder, metal pipe, wire, a 9 volt battery, a miniature decorative light, a paperclip, electrical tape, string, shot, and a spring. Said device(s) were not registered to defendant, **LUCAS JOHN HELDER**, in the National Firearms Registration and Transfer Record.

This in violation of Title 26, United States Code, Sections 5841, 5861(j), and 5871.

A TRUE BILL

/S/
Foreman

4/11/07
Date

MATT M. DUMMERMUTH
United States Attorney

by:
SEAN R. BERRY
Assistant United States Attorney