IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUCAS JOHN HELDER, Defendant. | No. CR02-43-MWB **STATUS UPDATE** |

_____

Given nothing has been filed in this matter since June of 2013, the undersigned contacted the parties for a status update. Defendant Helder remains institutionalized at FMC Rochester and defense counsel talks to him regularly by phone. Thus, the status of the case remains unchanged. No status conference will be scheduled at this time.

**IT IS SO ORDERED.**

**DATED** this 19th day of September, 2018.

_[signature: Mark W. Bennett]_
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA